UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ARTHUR BATES,
Plaintiff,
v.
BRENT DEL VALLE, et al.,
Defendants.

No. 2:19-cv-07495-GW (JDE)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint (Dkt. 1), the Order to Show Cause (Dkt. 7), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 11). As plaintiff did not file any timely written objections to the report, the Report and Recommendation is approved and accepted.

IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case with prejudice.

Dated: January 4, 2021

GEORGE H. WU
United States District Judge