JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARTHUR BATES, | ) No. 2:19-cv-07495-GW (JDE) |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| BRENT DEL VALLE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 4, 2021

_____
GEORGE H. WU
United States District Judge